# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WJ Holding Limited and Strubrik Limited<br><br>Plaintiff,<br><br>-v-<br><br>Shireen Maritime Ltd., Mazlin Trading Corp., AMM Consulting and Management Group LLC, and Alexander Spiegel<br><br>Defendant. | Case No. 19-cv-7426<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__Defendants__ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** 08/12/2019

*[signature]*

**Signature of Attorney**

**Attorney Bar Code:** MS6924

Form Rule7_1.pdf   SDNY Web 10/2007