UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WJ HOLDING LTD and STRUBRIK LIMITED,

                          Plaintiffs,

-against-

SHIREEN MARITIME LTD, MAZLIN
TRADING CORP, AMM CONSULTING AND
MANAGEMENT GROUP LLC, and ALEXANDER
SPIEGEL,

                          Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/25/19

Civil Action No. 1:19-cv-07426-JGK

**STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND**

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned counsel for Plaintiffs and Defendants, respectively, that Defendants' time to respond to Plaintiffs' Motion to Remand to State Court is extended from September 20, 2019 to and including September 24, 2019.

**IT IS FURTHER STIPULATED AND AGREED**, Plaintiffs' reply, if any, in further support of their Motion to Remand, shall be extended from September 27, 2019 to and including October 11, 2019.

Dated: New York, New York
       September 20, 2019

| SHER TREMONTE LLP | CALLAGY LAW PC |
|---|---|
| By: /s/ Yonatan Y. Jacobs<br>Yonatan Y. Jacobs (with permission by Michael Smikun, Esq.)<br>90 Broad Street, 23rd Floor<br>New York, New York 10004<br>Tel: 212.202.2600<br>yjacobs@shertremonte.com<br>*Attorneys for Plaintiffs* | By: /s/ Michael J. Smikun<br>Michael J. Smikun<br>650 From Road, Suite 565<br>Paramus, New Jersey 07652<br>Tel: 201.261.1700<br>msmikun@callagylaw.com<br>*Attorneys for Defendants* |

So ordered
[signature]
U.S.D.J.

9/24/19.

The Clerk is directed to close Docket Nos. 19 and 20.
9/24/19 so ordered [signature] USDJ