

# CALLAGY LAW, P.C.

**Mack-Cali Centre II • 650 From Road • Suite 565 • Paramus, NJ • 07652**
*Phone: 201-261-1700 • Fax: 201-261-1775*
*www.CallagyLaw.com • info@CallagyLaw.com*

**New York Office:**
WeWork c/o
Callagy Law, PC
750 Lexington Ave.
New York, NY 10022
Phone: 929.436.000

**Jersey City Office:**
3000 John F. Kennedy Blvd
Suite 311
Jersey City, NJ 07306
Phone: 201.565.2344
Fax: 201.918.2039

**Arizona Office:**
1850 North Central Ave
Suite 1100
Phoenix, AZ 85004
Phone: 602.687.5844

**Florida Office:**
1900 NW Corporate Blvd
Suite 310W
Boca Raton, FL 33431
Phone: 561.405.7966
Fax: 201.549.8753

**Texas Office:**
807 South Rock St
Suite 101
Georgetown, TX 78626
Phone: 512.508.4693

**Partners**
Sean R. Callagy
Michael J. Smikun
Thomas LaGreca
Brian P. McCann
Christopher Cavalli
Hala Jaloudi
Jeffrey L. Greyber
Ivan J. Tarasuk
David L. Aromondo
Jeffrey Zane

*Our team of attorneys is licensed to practice in one or more of the following states:*

NJ, NY, AZ, TX, FL, PA, NH, GA, DC

January 31, 2020

**VIA CM/ECF**
Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Courtroom: 14A
New York, NY 10007

*[Handwritten: Conference adjourned to 2/11/20 at 3:00 P.M. So ordered. John G. Koeltl /USDJ 2/3/20]*

Re:   WJ Holding Limited, et al. v. Shireen Maritime LTD, et al.
      Docket No. 19-cv-7426

Dear Judge Koeltl,

This firm, and more specifically the undersigned, represents Defendants in the above-captioned matter.

The parties are currently scheduled to appear before Your Honor for a Status Conference on February 4, 2020 at 3:00 pm. Lead counsel for Defendants will be out on paternity leave as the birth of his child took place early this morning therefore, Defendants respectfully request an adjournment of the Status Conference. Plaintiffs' counsel has consented to this request. To note, Plaintiffs' counsel is not available on the following dates: February 10th, February 12th, February 18th, February 19th, and February 26th and Defendants' Counsel will likely be unavailable until February 17th.

Thank you for Your Honor's courtesies and attention to this matter.

Respectfully Submitted,

*/s/ Michael J. Smikun, Esq.*
Michael J. Smikun, Esq.

MJS/jc

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2-4-20