USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2-11-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WJ HOLDING LTD and STRUBRIK LIMITED,

                        Plaintiffs,

-against-                                 Civil Action No. 1:19-cv-07426-JGK

SHIREEN MARITIME LTD, MAZLIN          **PROPOSED ORDER**
TRADING CORP, AMM CONSULTING AND
MANAGEMENT GROUP LLC, and ALEXANDER
SPIEGEL,

                        Defendants.
-------------------------------------------------------------X

**IT IS HEREBY ORDERED:** That upon the agreement of the Parties, this action will be remanded to the Supreme Court of the State of New York, Kings County, in the indexed-action No. 506949/2017 without prejudice as to Defendants' right to remove to the E.D.N.Y. and for the Plaintiff's right to remand from the E.D.N.Y.

_____
Honorable John G. Koetl

2/11/20

1